```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>     Plaintiff;<br><br>  vs.<br><br>Silicon Motors, LLC, et al,<br><br>     Defendants. | Case No. **2:11-cv-02123-MCE-KJN**<br><br>**ORDER RE: STIPULATION FOR DISMISSAL** |

   IT IS SO ORDERED that the above-entitled action be and is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A).

Dated:  July 19, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

ORDER RE STIPULATION FOR DISMISSAL

CIV: S-11-2123-MCE-KJN- 1